

**Jordan W. Siev**
Direct Phone:  +1 212 205 6085
Email:  jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 23, 2016

**VIA ECF and Facsimile**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10017

**Re:**   <u>*Yesh Music, LLC et al. v. S. Carter Enterprises, et al.* (No. 16-cv-1521)</u>

Dear Judge Wood:

Reed Smith LLP, on behalf of Black Panther Bidco, Ltd.[1] and Aspiro AB, and Jenner & Block, on behalf of S. Carter Enterprises, LLC, write jointly in connection with the above-referenced action.  We are in receipt of Your Honor's March 22, 2016 Initial Conference Scheduling Order setting the Initial Conference in this matter for April 26, 2016 (the "Order").  Defendants intend to move against the Complaint pursuant to, *inter alia*, Federal Rule of Civil Procedure ("FRCP") 12, as contemplated by Rule 4 of the Order.  We understand Rule 4 of the Order to govern Defendants' time to move under FRCP 12.

Pursuant to Rule 4 of the Order, we will work with Plaintiffs' counsel in the coming weeks to meet and confer and submit a joint letter to Your Honor at least 48 hours before the April 26, 2016 Initial Conference.

In accordance with Rule 1(A) of Your Honor's Individual Rules, a courtesy copy will be delivered to the Court by facsimile.  Thank you for your attention to this matter.

Respectfully submitted,

REED SMITH LLP
/s/ Jordan W. Siev
By:  Jordan W. Siev

JENNER & BLOCK
/s/ Andrew Bart
By:  Andrew Bart

cc: all counsel (via email)

---

[1] Although captioned as "Black Panther Bidco, Ltd.", this is the incorrect entity name.

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ PARIS
PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON